**Order entered March 9, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01164-CV
No. 05-20-00151-CV

**DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, Appellant**

**V.**

**FRANCISCO SOSA, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02681-E**

### ORDER

Before the Court is Appellant's March 4, 2020 Agreed Motion to Consolidate Interlocutory Appeals in which Appellant requests this Court consolidate its appeal under appellate cause number 05-19-01164-CV with this appeal.

Because the two appeals stem from the same underlying cause, we **GRANT** Appellant's motion to consolidate the two appeals.

We **DIRECT** the Clerk of the Court to transfer all documents from appellate cause number 05-20-00151-CV into this appeal. We **FURTHER DIRECT** the Clerk of the Court that the style of this case is now *Dallas County Hospital District D/B/A Parkland Health & Hospital System and David S. Lopez in His Official Capacity as Chief Operating Officer of Dallas County Hospital District D/B/A Parkland Health & Hospital System v. Francisco Sosa*. For administrative purposes, appellate cause number 05-20-00151-CV is treated as a closed case. The parties shall now use only cause number 05-19-01164-CV when referencing the appeal.

/s/    DAVID J. SCHENCK
       PRESIDING JUSTICE